JOHN D. EDGCOMB (SBN 112275)
ADAM P. BAAS (SBN 220464)
Edgcomb Law Group, P.C.
One Post Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 399-1555
Facsimile: (415) 399-1885
jedgcomb@edgcomb-law.com

Attorneys for Plaintiff
TODD THOLKE

RECEIVED
2012 OCT -4 P 2: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD THOLKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE SAILING VESSEL ENERGY TEAM AC45, her sails, tackle, equipment, and furnishings,<br><br>Defendant. | Civ. No. C 12 5162 RS<br><br>[PROPOSED] ORDER AUTHORIZING ISSUANCE OF IN REM ARREST WARRANT |

**TO: THE CLERK OF COURT OF THE NORTHERN DISTRICT OF CALIFORNIA**

WHEREAS, a Complaint in admiralty was filed herein praying that process be issued for the arrest of the sailing vessel Energy Team AC45. The Court has reviewed said Complaint and finds adequate grounds for arrest.

NOW THEREFORE you are authorized to issue an In Rem Arrest Warrant to the United States Marshal for the immediate arrest of the sailing vessel Energy Team AC45.

Date: October _4_, 2012      _____
                             United States District Judge

{00038544.DOC-1}

[PROPOSED] ORDER AUTHORIZING IN REM ARREST WARRANT ISSUANCE