IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD THOLKE, et al., | No. C 12-5162 RS |
| Plaintiff, | |
| v. | **ORDER RE EXECUTION OF WARRANT** |
| THE SAILING VESSEL ENERGY TEAM AC45, etc. | |
| Defendant. | |

Plaintiff is hereby ordered to arrange for execution of the arrest warrant authorized in this action in such a manner that does not preclude the subject vessel from participating in the racing events scheduled to be held in San Francisco Bay on October 5-7, 2012.

IT IS SO ORDERED.

Dated: 10/4/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE