IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TODD THOLKE, et al.,

    Plaintiff,

v.

THE SAILING VESSEL ENERGY TEAM AC45, etc.,

    Defendant.

No. C 12-5162 RS

**ORDER**

As promptly as possible, but no later than close of business today, plaintiff shall advise the Court as to what, if any, contact he has had with the owners of the subject vessel and/or their legal counsel with respect to giving them formal or informal notice of the relief he has been seeking from the Court. In the event plaintiff has not given any such notice, he shall endeavor to do so forthwith, and report on those efforts thereafter, or make a showing as to why it is both necessary and appropriate to proceed on an ex parte basis.

IT IS SO ORDERED.

Dated: 10-5-12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE