JOHN D. EDGCOMB (SBN 112275)
ADAM P. BAAS (SBN 220464)
MICHAEL EINHORN (SBN 252462)
Edgcomb Law Group, P.C.
One Post Street, Suite 2100
San Francisco, California 94104
Telephone: (415) 399-1555
Facsimile: (415) 399-1885
jedgcomb@edgcomb-law.com

Attorneys for Plaintiff
TODD B. THOLKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD THOLKE, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>THE SAILING VESSEL ENERGY TEAM AC45, her sails, tackle, equipment, and furnishings,<br>    Defendant. | Civ. No. 12-5162 (RS)<br><br>**PLAINTIFF'S RESPONSE TO COURT'S 10/5/12 ORDER**<br><br>DATE: October 5, 2012<br>TIME: ASAP, per ADMIR. L.R. 9-1 |

    PLAINTIFF, Todd Tholke, by and through his attorney, John D. Edgcomb, hereby RESPONDS TO THE Court's Order issued earlier today and informs the Court that he has made the following efforts to contact the owners of the subject vessel and/or their legal counsel with respect to providing notice of the relief he has been seeking from the Court:

    Andy Hindley (Hindley) is the Chief Operating Officer of the America's Cup Race Management ("ACRM") organization, which is in charge of putting on the America's Cup World Series races currently underway in San Francisco Bay. *See* Declaration of John D. Edgcomb ("Edgcomb Decl."), paragraph 2, Ex. 1, filed herewith. As such, he is in charge of logistics for the America's Cup World Series races now underway.

    Hindley called plaintiff Todd Tholke ("Tholke") earlier this week and advised him that if he was contemplating taking any legal action as a result of the events of September 30 (as now detailed in the Complaint In Rem), that Tholke should contact him (Hindley), giving Tholke his

1

cell phone number. (Edgcomb Decl., ¶ 3).

Consequently, on Thursday, October 4, 2012, after this Court issued orders authorizing the arrest of the Energy Team AC45 after completion of the World Series races, and the Court Clerk authorized the U.S. Marshal to arrest the Energy Team AC45, Tholke's counsel John D. Edgcomb (Edgcomb) called Hindley on his cell phone. Edgcomb advised Hindley of his representation of Tholke, of the filing of the Complaint In Rem, and of the Court's issuance of the In Rem Arrest Warrant. Edgcomb additionally requested the provision of substitute security in order to allow for release of the vessel to avoid the arrest, and asked that Hindley put the Energy Team and its attorneys and insurer on notice. Edgcomb had no contact information for the owners of the Energy Team AC45.

Hindley informed Edgcomb that he understood the situation, that the ACRM had a maritime attorney on staff, and that he would hear back from someone to address the issue. He asked Edgcomb to text his contact information to his cell phone so that he (Hindley) could forward that contact information to the appropriate persons. Edgcomb texted that information to Hindley at 5:15 p.m. on October 4, 2012. *See* Edgcomb Decl., ¶ 5, Ex. 2. However, Edgcomb received no response from Hindley or anyone else later that day, that night, or into this morning.

Hearing no response, Edgcomb made further contact with Hindley this morning, first texting him twice. *See* Edgcomb Decl., ¶ 6, Ex. 2. Getting no response, Edgcomb again called Hindley at approximately noon. Edgcomb reiterated information regarding the filing of the Complaint In Rem and the pending In Rem Arrest Warrant and urgently requested contact information regarding the owners of the Energy Team AC45. Hindley declined to provide said contact information but indicated that he would notify the owners that they should contact Edgcomb immediately. Upon not hearing from the French owners of the Energy Team AC45, Edgcomb and Hindley then exchanged further texts wherein Hindley refused to provide contact information for the owners of the Energy Team AC45. *See* Edgcomb Decl., ¶ 7, Ex. 2.

Frustrated, Edgcomb sent his associate, Adam Baas ("Baas") to Pier 30/32, where the Energy Team AC45 is moored and its team is operating during World Series races in an effort to make direct contact with representatives of the Energy Team. *See* Edgcomb Decl., ¶ 9. Baas

spoke with a security guard at the gate, explained his presence, and asked to speak with someone from the Energy Team. *Id.* In response, Hindley emerged and had a discussion with Baas, advising him that the Energy Team was advised of the Complaint in rem and the impending arrest of the Energy Team AC45 on Sunday afternoon. *Id.* Hindley indicated the Energy Team was reluctant to speak to us until they had consulted with their French counsel and had retained local counsel. (*Id.*) Hindley further advised that on Sunday, the sailboats would be removed from the water as they returned from the final race in the afternoon, and over the course of time, which could extend into Monday, each vessel would be disassembled and placed in containers. *Id.* Another person from the ACRM team then appeared, Amish Ross, who represented himself to be ACRM's General Counsel. *Id.* He indicated that the Energy Team was delayed in responding because of time and language differences, but that they were pursuing the matter with French counsel and expected to be retaining local American maritime counsel soon. *Id.* Baas provided Ross with copies of some of the relevant legal documents, including the Complaint in Rem, the In Rem Arrest Warrant and the Court's two orders to provide to the Energy Team representatives for their use in responding. *Id.* Ross said he would provide them to the Energy Team. (*Id.*) No one from the Energy Team ever appeared at the gate despite Baas's request and Baas was not permitted inside the secured area. *Id.*

    Plaintiff, by and through his attorney, Edgcomb, has faithfully endeavored to make contact with the owners of the subject vessel and/or their legal counsel, and continues to do so, so as to coordinate the impending arrest of the Energy Team AC45 and minimize disruption and cost. Plaintiff continues to await contact from authorized representatives from the Energy Team so that appropriate security can be arranged. Hopefully, that will occur soon.

/ / /

/ / /

/ / /

/ / /

/ / /

Plaintiff appreciates the Court's issuance of the Order for Appointment of Substitute Custodian.

Date: October 5, 2012

Respectfully Submitted,
EDGCOMB LAW GROUP, P.C.

_____
John D. Edgcomb
Attorneys for PLAINTIFF