IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

TODD THOLKE, et al.,

        Plaintiff,

  v.

THE SAILING VESSEL ENERGY TEAM AC45, etc.

        Defendant.
_____/

No. C 12-5162 RS

**ORDER SETTING HEARING**

A hearing on defendant's motion to vacate the arrest warrant or set security shall be held on Friday, November 2, 2012 at 2:00 p.m. Testimony will not be required, but may be offered at the option of the parties, not to exceed 45 minutes per side.

IT IS SO ORDERED.

Dated: 10/30/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE