1  J. Noah Hagey (SBN: 262331)
       hagey@braunhagey.com
2  Matthew Borden (SBN: 214323)
       borden@braunhagey.com
3  Gregory K. Gomes (SBN: 276346)
       gomes@braunhagey.com
4  BRAUNHAGEY & BORDEN LLP
   220 Sansome Street, Second Floor
5  San Francisco, CA 94104
   Telephone: (415) 599-0210
6  Facsimile: (415) 276-1808

7

8  ATTORNEYS FOR DEFENDANT THE SAILING
   VESSEL ENERGY TEAM AC45 AND PARTY IN
   INTEREST ENERGY TEAM SARL

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13

14  TODD THOLKE, an individual,              )   Case No. 12-cv-05162-RS
15                                           )
              Plaintiff,                     )   STIPULATION AND [PROPOSED]
16                                           )   ORDER SETTING FORTH TERMS AND
         v.                                  )   CONDITIONS FOR RELEASE OF
17                                           )   DEFENDANT THE SAILING VESSEL
    THE SAILING VESSEL ENERGY TEAM           )   ENERGY TEAM AC45 FROM ARREST
18  AC45, her sails, tackle, equipment, and  )
    furnishings,                             )   [Fed. R. Civ. P. Supp. Rule E(5)(a)]
19                                           )
              Defendant.                     )
20                                           )
                                             )
21                                           )

## STIPULATION

WHEREAS, Plaintiff Todd Tholke ("Plaintiff") and Defendant The Sailing Vessel Energy Team AC45 ("Energy Team Sailing Vessel"), by and through Party in Interest Energy Team SARL ("Energy Team"), have met and conferred pursuant to this Court's November 13, 2012 Order (Dkt. No. 36) regarding the preparation of a suitable order addressing the appropriate terms and conditions for the release of the Energy Team Sailing Vessel.

NOW THEREFORE, Plaintiff and Energy Team stipulate to the appended [Proposed] Order for release of the Energy Team Sailing Vessel.

**IT IS SO STIPULATED.**

Dated: December 21, 2012        EDGCOMB LAW GROUP, P.C.

By: _/s/ John Edgcomb_

Attorneys for PLAINTIFF

Dated: December 21, 2012        BRAUNHAGEY & BORDEN LLP

By: _/s/ J. Noah Hagey_

Defendant THE SAILING VESSEL ENERGY TEAM AC45, by and through its owner, Party In Interest ENERGY TEAM SARL

1
STIP. & [PROPOSED] ORDER SETTING TERMS & CONDITIONS FOR RELEASE OF DEFENDANT SAILING VESSEL
Case No. 12-cv-05162-RS

## [PROPOSED] ORDER

On October 4, 2012, Plaintiff Todd Tholke ("Plaintiff") filed a complaint *in rem* in the matter of *Todd Tholke v. The Sailing Vessel Energy Team AC45*, Case No. 12-cv-05162-RS (Dkt. No. 1). Plaintiff made an *ex parte* application via said complaint for the arrest of Defendant The Sailing Vessel Energy Team AC45, her sails, tackle, equipment, and furnishings ("Energy Team Sailing Vessel").

On October 4, 2012, the Court issued its Order Authorizing Issuance of In Rem Arrest Warrant (Dkt. No. 11) to the Clerk of the Northern District of California ("Clerk"), authorizing the Clerk to issue the arrest warrant to the United States Marshal for the Northern District of California ("U.S. Marshal") to arrest the Energy Team Sailing Vessel. Also on October 4, 2012, the Clerk issued an In Rem Arrest Warrant (Dkt. No. 13) commanding the U.S. Marshal to, *inter alia*, arrest the Energy Team Sailing Vessel and hold it in its custody until further order of the Court. The U.S. Marshal executed the In Rem Arrest Warrant on October 7, 2012, at Pier 30/32 in San Francisco, California.

Pursuant to this Court's order of October 5, 2012 (Dkt. No. 16), upon arrest of the Energy Team Sailing Vessel, the U.S. Marshal transferred possession of said property to Nielsen Beaumont Marine, Inc. (the "Substitute Custodian") to serve as substitute custodian.

On or about October 12, 2012, pursuant to an October 12, 2012 email agreement between the parties and America's Cup Event Authority ("ACEA") and America's Cup Race Management ("ACRM"), and upon prior notice to the U.S. Marshal and Substitute Custodian, the Energy Team Sailing Vessel (within its shipping containers) was moved to Pier 19 in San Francisco.

On November 13, 2012, following a hearing on Party In Interest Energy Team SARL's ("Energy Team") Motion to Vacate Arrest Warrant or, in the Alternative, to Fix Reasonable Security, the Court entered its resulting Order (Dkt. No. 36) setting a special bond amount under Supp. Rule E(5)(a) in the amount of $50,000 United States dollars ("USD") for release of the Energy Team Sailing Vessel: "Energy Team may secure the release of the vessel upon the posting of a bond in the amount of $50,000 on such terms as may be subsequently ordered." (*Id.* at 8:19-

1 | 21.) Pursuant to Supp. Rule E(5)(a), the special bond is conditioned on Energy Team's payment of
2 | the principal sum plus interest thereon at 6 percent per annum.
3 | **NOW THEREFORE** it is hereby **ORDERED** as follows:
4 | 1. To obtain the release of the Energy Team Sailing Vessel from arrest pursuant to
5 | Supp. Rule E(5)(a) and Civ. Local Rule 65.1-1, Energy Team shall: (1) deliver to the Clerk a
6 | cashier's check payable to the Clerk in the amount of $50,000 USD, or other form of cash payment
7 | acceptable to the Clerk, for deposit into the Court's registry, which shall accrue interest at the
8 | prescribed federal rate (the "Cash Security"); (2) simultaneously file with the Clerk a special bond
9 | in the form attached hereto as Exhibit A signed by the principals of Energy Team (the "Special
10 | Bond"); and (3) lodge with the Clerk the unexecuted Order re: Release of Vessel From Arrest
11 | ("Release Order") attached hereto as Exhibit B commanding the U.S. Marshal and the Substitute
12 | Custodian to promptly release from arrest the Energy Team Sailing Vessel and any of its storage
13 | containers and any other related chattel.
14 | 2. Upon the deposit of the Cash Security, the simultaneous filing of the Special Bond,
15 | and the lodging of the Release Order by Energy Team, the Clerk shall execute and issue the
16 | Release Order.

18 | **IT IS SO ORDERED.**

20 | Dated: December 26, 2012

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

3
STIP. & [PROPOSED] ORDER SETTING TERMS & CONDITIONS FOR RELEASE OF DEFENDANT SAILING VESSEL
Case No. 12-cv-05162-RS

```
 1  J. Noah Hagey (SBN: 262331)
         hagey@braunhagey.com
 2  Matthew Borden (SBN: 214323)
         borden@braunhagey.com
 3  Gregory K. Gomes (SBN: 276346)
         gomes@braunhagey.com
 4  BRAUNHAGEY & BORDEN LLP
    220 Sansome Street, Second Floor
 5  San Francisco, CA 94104
    Telephone: (415) 599-0210
 6  Facsimile: (415) 276-1808

 7
    ATTORNEYS FOR DEFENDANT THE SAILING
 8  VESSEL ENERGY TEAM AC45 AND PARTY IN
    INTEREST ENERGY TEAM SARL
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD THOLKE, an individual, | Case No. 12-cv-05162-RS |
| Plaintiff, | **SPECIAL BOND FOR RELEASE OF DEFENDANT THE SAILING VESSEL ENERGY TEAM AC45 FROM ARREST** |
| v. | |
| THE SAILING VESSEL ENERGY TEAM AC45, her sails, tackle, equipment, and furnishings, | [Fed. R. Civ. P. Supp. Rule E(5)(a)] |
| Defendant. | |

---

SECURITY FOR RELEASE OF ARREST

Case No. 12-cv-05162-RS

## SPECIAL BOND

Defendant The Sailing Vessel Energy Team AC45, by and through Party in Interest Energy Team SARL ("Energy Team"), represents and agrees that:

1. Energy Team is the owner of a $50,000 money order ("Cash Security") delivered on December __, 2012, to the Clerk of the United States District Court for the Northern District of California ("Clerk") by _____, an authorized agent of Energy Team. The Clerk holds said Cash Security and any interest accrued thereon in trust for the purposes described herein.

2. Plaintiff Todd Tholke ("Plaintiff") filed the complaint in the matter of *Todd Tholke v. The Sailing Vessel Energy Team AC45*, Case No. 12-cv-05162-RS, on October 4, 2012 (Dkt. No. 1). Plaintiff made an *ex parte* application via said complaint for the arrest of defendant The Sailing Vessel Energy Team AC45, her sails, tackle, equipment, and furnishings (the "Energy Team Sailing Vessel"). Plaintiff thereby caused the U.S. Marshal for the Northern District of California to arrest the Energy Team Sailing Vessel and transfer possession of said sailing vessel to Beaumont Marine, Inc. ("Substitute Custodian") as substitute custodian.

3. On November 13, 2012, following a hearing on Party In Interest Energy Team SARL's ("Energy Team") Motion to Vacate Arrest Warrant or, in the Alternative, to Fix Reasonable Security, the Court entered its resulting Order (Dkt. No. 36) setting a special bond amount under Supp. Rule E(5)(a) in the amount of $50,000 United States dollars ("USD") for release of the Energy Team Sailing Vessel: "Energy Team may secure the release of the vessel upon the posting of a bond in the amount of $50,000 on such terms as may be subsequently ordered." (*Id.* at 8:19-21.) Pursuant to Supp. Rule E(5)(a), the special bond is conditioned on Energy Team's payment of the principal sum plus interest thereon at 6 percent per annum.

4. On December __, 2012, the Court issued an Order Setting Forth Terms and Conditions for Release of Defendant the Sailing Vessel Energy Team AC45 from Arrest ("Order re: Conditions for Release") (Dkt. No. __). The Court ordered, *inter alia*, that upon Energy Team's (1) deposit of the Cash Security, (2) the simultaneous filing of this Special Bond, and (3) the lodging of an unexecuted Release Order commanding the U.S. Marshal and the Substitute

---
1
SECURITY FOR RELEASE OF ARREST

Case No. 12-cv-05162-RS

1  Custodian to promptly release the Energy Team Sailing Vessel, the Clerk shall execute and issue
2  said Release Order.
3      5.      Pursuant to Supp. Rule E(5)(a) and the Court's Order re: Conditions for Release, in
4  consideration for the release from arrest of the Energy Team Sailing Vessel under the terms therein,
5  Energy Team pledges the amount of $50,000 plus interest of 6 percent per annum to be secured by
6  said Cash Security and any interest accrued thereon.
7      6.      The Clerk shall not release said Cash Security or any interest accrued thereon until
8  directed to do so by further court order.

10 Dated: December 21, 2012        By: _____
11                                 Title: _____
12                                 Defendant THE SAILING VESSEL ENERGY TEAM
                                   AC45, by and through Party in Interest ENERGY
13                                 TEAM SARL

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONRIA

*Todd Tholke v. The Sailing Vessel Energy Team AC45*, Case No. 12-cv-05162-RS

### ORDER RE: RELEASE OF SAILING VESSEL

The United States Marshal for the Northern District of California and Nielsen Beaumont Marine, Inc. as substitute custodian of The Sailing Vessel Energy Team AC45, her sails, tackle, equipment, and furnishings ("Energy Team Sailing Vessel") are hereby commanded to promptly release from arrest the Energy Team Sailing Vessel and any of its storage containers and any other related chattel.

Dated: _____        By: _____

                                Title: _____

OFFICE OF THE CLERK OF THE UNITED
STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

---

RELEASE ORDER

Case No. 12-cv-05162-RS