J. Noah Hagey (SBN: 262331)
  hagey@braunhagey.com
Matthew Borden (SBN: 214323)
  borden@braunhagey.com
Gregory K. Gomes (SBN: 276346)
  gomes@braunhagey.com
BRAUNHAGEY & BORDEN LLP
220 Sansome Street, Second Floor
San Francisco, CA 94104
Telephone: (415) 599-0210
Facsimile: (415) 276-1808

ATTORNEYS FOR DEFENDANT THE SAILING VESSEL ENERGY TEAM AC45 AND PARTY IN INTEREST ENERGY TEAM SARL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD THOLKE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>THE SAILING VESSEL ENERGY TEAM AC45, her sails, tackle, equipment, and furnishings, and ENERGY TEAM SARL, a French corporation,<br><br>    Defendants/Counterclaimants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 12-05162 RS<br><br>**STIPULATION FOR RELEASE OF SECURITY AND DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

STIP. FOR RELEASE OF SECURITY & DISMISSAL W/PREJUDICE; [PROPOSED] ORDER

Case No. C 12-05162 RS

## STIPULATION

WHEREAS, Plaintiff and Counterclaim-Defendant Todd Tholke ("Tholke") and Defendant The Sailing Vessel Energy Team AC45, by and through Party in Interest and Counterclaim-Plaintiff Energy Team SARL (collectively, "Energy Team"), have settled the above-captioned action (*see* Dkt. No. 59 (Settlement Conference Report of Hon. Nathaniel Cousins)).

WHEREAS, on January 8, 2013, Energy Team delivered to the Clerk of the United States District Court for the Northern District of California (the "Clerk") a cashier's check for $50,000 payable to the Clerk for deposit into the Court's registry (the "Cash Security"), and also filed with the Clerk a special bond directing the Clerk not to release said Cash Security or any interest accrued thereon until directed to do so by further court order. (Dkt. Nos. 43, 49, 50.)

WHEREAS, the parties now enter this stipulation to cause the case to be dismissed and to return the Cash Security to Energy Team.

NOW THEREFORE, it is hereby STIPULATED by and between the parties to this action through their designated counsel as follows:

1. The above-captioned action, including all known and unknown claims and counterclaims, are dismissed with prejudice, with each side to bear its own costs and attorneys' fees except as may otherwise be agreed between them.

2. The Clerk shall release the entire Cash Security, together with any interest accrued thereon, to BraunHagey & Borden LLP, as authorized agent of The Sailing Vessel Energy Team AC45 and Energy Team SARL.

**IT IS SO STIPULATED.**

/
/
/
/
/
/

1
STIP. FOR RELEASE OF SECURITY & DISMISSAL W/PREJUDICE; [PROPOSED] ORDER
Case No. C 12-05162 RS

1
2
3  Dated: February 12, 2013             EDGCOMB LAW GROUP, LLP
4
                                        By: /s/ John Edgcomb
5
                                        Attorneys for Plaintiff and Counterclaim-Defendant
6                                       TODD THOLKE
7
8  Dated: February 12, 2013             BRAUNHAGEY & BORDEN LLP
9
10                                      By: /s/ J. Noah Hagey
11                                      Attorneys for Defendant THE SAILING VESSEL
                                        ENERGY TEAM AC45 and Party in Interest and
12                                      Counterclaim-Plaintiff ENERGY TEAM SARL
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## [PROPOSED] ORDER

On February 4, 2013, the parties reported that this case had settled (Dkt. No. 57) which was subsequently confirmed by Hon. Nathaniel Cousins, acting as settlement conference mediator (Dkt. No. 59).

NOW THEREFORE, it is hereby ORDERED as follows:

1. The case, including all claims and counterclaims, is dismissed with prejudice, with each side to bear its own costs and attorneys' fees except as may otherwise be agreed between them.

2. The Clerk of this Court shall release the entire Cash Security (*see* Dkt. Nos. 43, 49, 50), consisting of $50,000, together with any interest accrued thereon, to BraunHagey & Borden LLP, as authorized agent of The Sailing Vessel Energy Team AC45 and Energy Team SARL. The related special bond (*see* Dkt. No. 43) is likewise extinguished.

**IT IS SO ORDERED.**

Dated: February 13, 2013

HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

3
STIP. FOR RELEASE OF SECURITY & DISMISSAL W/PREJUDICE; [PROPOSED] ORDER
Case No. C 12-05162 RS